

902 Broadway
Suite 14
New York, NY 10010-6035

212.430.2600
Fenwick.com

David W. Feder
dfeder@fenwick.com | 212.430.2790

January 3, 2022

VIA ECF

Hon. Michael A. Shipp
U.S. District Court, District of New Jersey
Clarkson S. Fisher Building & U.S. Courthouse
402 East State Street, Room 2020
Trenton, NJ  08608

    Re:    <u>Lashify, Inc. v. Capacity LLC, et al.</u>, Case No. 3:21-cv-20785 (MAS)

Dear Judge Shipp:

Earlier today, Your Honor asked the undersigned to confer with counsel for Defendants on our joint availability for a status/scheduling conference in the above-referenced matter. Having done so, I can report that the parties are available:

    January 4, 2022:  at any time
    January 5, 2022:  after 1:00 p.m. ET

The conference line for the hearing is as follows:

    1-844-740-1264 USA Toll Free
    Access Code:  177 427 6030

                                          Very respectfully,

                                          David W. Feder
                                          *Counsel for Lashify, Inc.*

DWF:vap
cc:    Joshua S. Bratspies, Esq., Attorney for Defendants (via email jbratspies@shermanatlas.com)