UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| LASHIFY, INC., <br><br> Plaintiff, <br><br> v. <br><br> CAPACITY LLC, CAPACITY WEST LLC, AND NOAH SANGE, <br><br> Defendants. | Case No. 3:21-cv-20785 <br><br> **NOTICE OF APPEARANCE** |

PLEASE TAKE NOTICE that Mark A. Trokan of Gordon Rees Scully Mansukhani, LLP enters an appearance on behalf of Defendants Capacity LLC, Capacity West LLC, and Noah Sange, and requests that all parties serve copies of all papers and pleadings, briefs, orders, correspondence and other papers upon the undersigned.

Dated: January 6, 2022

**GORDON REES SCULLY MANSUKHANI, LLP**
*Attorneys for Defendants Capacity LLC, Capacity West LLC and Noah Sange*

By: *s/ Mark A. Trokan*
Mark A. Trokan, Esq.
18 Columbia Turnpike, Suite 220
Florham Park, NJ 07932
Telephone: (973) 549-2500
Facsimile: (973) 377-1911
Email: mtrokan@grsm.com