**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| LASHIFY, INC., <br><br> Plaintiff, <br><br> v. <br><br> CAPACITY LLC, CAPACITY WEST LLC, AND NOAH SANGE, <br><br> Defendants. | Case No. 3:21-cv-20785 <br><br><br> **NOTICE OF APPEARANCE** |

PLEASE TAKE NOTICE that Stephanie Imbornone of Gordon Rees Scully Mansukhani, LLP enters an appearance on behalf of Defendants Capacity LLC, Capacity West LLC, and Noah Sange, and requests that all parties serve copies of all papers and pleadings, briefs, orders, correspondence and other papers upon the undersigned.

Dated: January 6, 2022

                                                  **GORDON REES SCULLY MANSUKHANI, LLP**
                                                  *Attorneys for Defendants Capacity LLC, Capacity West LLC and Noah Sange*

                                            By: *s/ Stephanie Imbornone*
                                                    Stephanie Imbornone, Esq.
                                                    18 Columbia Turnpike, Suite 220
                                                    Florham Park, NJ 07932
                                                    Telephone: (973) 549-2500
                                                    Facsimile: (973) 377-1911
                                                    Email: simbornone@grsm.com