

902 Broadway  
Suite 14  
New York, NY 10010-6035

212.430.2600  
Fenwick.com

David W. Feder  
dfeder@fenwick.com | 212.430.2790

January 18, 2022

VIA ECF

Hon. Michael A. Shipp  
U.S. District Court, District of New Jersey  
Clarkson S. Fisher Building & U.S. Courthouse  
402 East State Street, Room 2020  
Trenton, NJ  08608

Re:   *Lashify, Inc. v. Capacity LLC, et al.*, Case No. 3:21-cv-20785 (MAS)

Dear Judge Shipp:

    With Defendants' consent, I write to notify the Court that the parties have reached agreement on a settlement in the above-referenced case.  The parties respectfully request that, pursuant to Local Civil Rule 41.1(b), the Court enter a 60-day order administratively terminating the case and all deadlines, including those relevant to Plaintiff's pending Motion for Preliminary Injunction (ECF No. 2).  Upon execution of the final settlement agreement, the parties will take appropriate steps to formally dismiss this matter.

                                            Sincerely,

                                            FENWICK & WEST LLP

                                            David W. Feder  
                                            Counsel for Lashify, Inc.

DWF:vap

cc:   All parties (*via ECF*)